IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE B. MONTOYO-RIVERA,

Plaintiff,

v.                                                           CASE NO. 16-2102 (GAG)

PALL LIFE SCIENCES PR, LLC, et al.,

Defendant.

## AMENDED JUDGMENT

Pursuant to the Joint Stipulation for Voluntary Dismissal with Prejudice at Docket No. 86, the Order adopting Report & Recommendation at Docket No. 57 and the Judgment at Docket No. 58 are hereby **VACATED**. Judgment is hereby entered **DISMISSING with prejudice** all claims against Defendant. Each party shall bear its own fees, costs and expenses.

SO ORDERED.

In San Juan, Puerto Rico this 10th day of August, 2017.

                                                      */s/ Gustavo A. Gelpí*
                                                      GUSTAVO A. GELPI
                                           UNITED STATES DISTRICT JUDGE